# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ERICA DAWN ROBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 20-cv-3311 ) |
| KILOLO KIJAKAZI,<br>Acting Commissioner<br>of Social Security, | ) ) ) ) ) |
| Defendant. | ) |

## **OPINION**

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

The Motion for EAJA Fees Pursuant to 28 U.S.C. § 2412 (d/e 23) (Motion for Attorney Fees) is ALLOWED. Defendant has not filed a response to the Motion for Attorney Fees within 14 days of service, and so, is presumed to have no opposition. Local Rule 7.1(B)(2). This Court awards Plaintiff $9,484.96 in attorney fees (the "Award"). The Award fully and completely satisfies any and all claims for fees, costs, and expenses that may have been payable to Plaintiff in this case under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

The Award belongs to Plaintiff, but Plaintiff may, and has, assigned her right to the Award to her attorney Peter C. Drummond of Drummond Law LLC. See Motion for Attorney Fees, attached Assignment of EAJA

Fees.  The United States may also take an offset against the Award to satisfy any pre-existing debts that Plaintiff owes the United States.  See Astrue v. Ratliff, 560 U.S. 586 (2010).  If the United States determines that all or any portion of the Award is not subject to offset for such debts, Defendant shall pay the portion of the Award not subject to offset to Plaintiff's attorney Peter C. Drummond of Drummond Law LLC.

ENTER:   December 1, 2021

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE